IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALAN S. GOLD, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| STATE FARM FIRE AND | : | |
| CASUALTY COMPANY | : | NO. 11-1187 |

ORDER

AND NOW, this 23rd day of July, 2012, upon consideration of the defendant's Motion for Summary Judgment (Docket No. 40), the plaintiffs' opposition thereto, the defendant's brief in reply, the defendant's supplemental letter submission, after oral argument on the motion on July 10, 2012, and for the reasons stated in a memorandum of law bearing today's date, IT IS HEREBY ORDERED that the motion is GRANTED IN PART and DENIED IN PART.  The plaintiffs' claims for breach of contract (Count I) are DISMISSED.  The plaintiffs' claims for bad faith (Count II) are DISMISSED except with respect to the allegation that the defendant acted in bad faith in investigating their 2009 insurance claim.

The Court will hold a telephone conference on August 3, 2012 at 4:00 p.m. to discuss scheduling the remainder of the case.  Plaintiffs' counsel shall initiate the call.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.